NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee,*

*v.*

GUSTAVO ARMANDO LINDSEY, *Appellant.*

No. 1 CA-CR 23-0288
FILED 4-9-2024

Appeal from the Superior Court in Maricopa County
No. CR2022-131319-001
The Honorable Sam J. Myers, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Alice Jones
*Counsel for Appellee*

Zhivago Law, Phoenix
By Kerrie M. Droban Zhivago
*Counsel for Appellant*

---

**MEMORANDUM DECISION**

Presiding Judge David D. Weinzweig delivered the decision of the Court, in which Judge Michael S. Catlett and Judge Maria Elena Cruz joined.

---

**W E I N Z W E I G**, Judge:

¶1　　　　Gustavo Armando Lindsey appeals his conviction and sentence for aggravated assault, a class 4 felony and domestic violence offense. After searching the record and finding no arguable, non-frivolous question of law, Lindsey's counsel filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *State v. Leon*, 104 Ariz. 297 (1969), asking this court to search the record for fundamental error. Lindsey had the opportunity to file a supplemental brief but did not. After reviewing the record, we affirm Lindsey's conviction and sentence.

## FACTS AND PROCEDURAL BACKGROUND

¶2　　　　In June 2022, Lindsey's girlfriend ("Victim") contacted Glendale Police to report that Lindsey had sexually assaulted her. Responding officers took Victim's statement, collected her clothes and photographed her injuries. Victim had bruises on her neck, which one officer described as "grasping marks around her throat." The officers also photographed Victim's bed, which was completely covered in blood and other bodily fluids.

¶3　　　　In August 2022, Lindsey was arrested and indicted on three counts—count one for sexual assault, a class 2 felony; count two for kidnapping, a class 2 felony; and count three for aggravated assault, a class 4 felony and domestic violence offense. At trial, a jury found him guilty of count three (aggravated assault), but acquitted him of counts one and two. The jury also found that Lindsey caused physical harm to Victim, which was an aggravating factor. Lindsey was sentenced to four years supervised probation.

¶4　　　　Lindsey timely appealed. We have jurisdiction under Article 6, Section 9, of the Arizona Constitution and A.R.S. §§ 12-120.21(A)(1), 13-4031 and -4033(A)(1).

## DISCUSSION

**¶5** We have read and considered counsel's brief and have reviewed the record for reversible error. *See Leon*, 104 Ariz. at 300. We find none.

**¶6** Lindsey was present and represented by counsel at all stages of the proceedings against him. The record reflects that the superior court afforded Lindsey all his constitutional and statutory rights, and that the proceedings were conducted in accordance with the Arizona Rules of Criminal Procedure. The court conducted appropriate pretrial hearings, and the evidence presented at trial and summarized above was sufficient to support the jury's verdict. Lindsey's sentence falls within the range prescribed by law.

## CONCLUSION

**¶7** Lindsey's conviction and sentence are affirmed. Defense counsel's obligations in this appeal will end once Lindsey is informed of the outcome and his future options, unless counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review. *See State v. Shattuck*, 140 Ariz. 582, 584–85 (1984). On the court's own motion, Lindsey has 30 days from the date of this decision to proceed with a pro se motion for reconsideration or petition for review.



AMY M. WOOD • Clerk of the Court
FILED:  AA